IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| WILLIAM BRYANT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 3:13cv202–HEH |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

THIS MATTER is before the Court on the parties' cross motions for summary judgment (ECF Nos. 8, 12), the Magistrate Judge's Report and Recommendation (ECF No. 14), and Plaintiff's objections thereto (ECF No. 15). For the reasons stated in the accompanying Memorandum Opinion, Plaintiff's objections are OVERRULED; Plaintiff's Motion for Summary Judgment (ECF No. 8) is DENIED; Defendant's Motion for Summary Judgment (ECF No. 12) is GRANTED; the Report and Recommendation is ADOPTED (ECF No. 14); and, the decision of the Commissioner is AFFIRMED.

The Clerk is directed to forward a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

This case is CLOSED.

It is so ORDERED.

Date: Sept 29, 2014
Richmond, Virginia

_____/s/_____
Henry E. Hudson
United States District Judge